EXHIBIT 3

STATE OF WISCONSIN       CIRCUIT COURT       MILWAUKEE COUNTY
                              CIVIL DIVISION

LEISA LOWE,

          Plaintiff,          .                      Case No. 2017-CV-004700
                                          Case Code: 30107

    and

WISCONSIN DEPT. OF HEALTH SERVICES,

          Involuntary Plaintiff,

    v.

WAL-MART STORES, INC. and
ABC INSURANCE COMPANY,

          Defendants.



**NOTICE OF APPEARANCE**

PLEASE TAKE NOTICE that the law firm of MWH Law Group LLP, by Nelson W. Phillips

III, Esq., has been retained by and appears for Defendant Wal-Mart Stores, Inc., in connection with

the above-referenced matter. Copies of all papers, pleadings, and notices in this action thus be served

on the undersigned at 735 North Water Street, Suite 610, Milwaukee, Wisconsin 53202.

Dated at Milwaukee, Wisconsin this 14th day of July, 2017.

Respectfully submitted,
MWH LAW GROUP LLP

By: _____
       Nelson W. Phillips III, Esq.
       State Bar No. 1028189
       735 N. Water Street, Suite 610
       Milwaukee, WI 53202
       (414) 436-0353 Phone
       (414) 436-0354 Facsimile
       *nelson.phillips@mwhlawgroup.com*

**COUNSEL FOR DEFENDANT**
**WAL-MART STORES, INC.**

STATE OF WISCONSIN          CIRCUIT COURT          MILWAUKEE COUNTY

**LEISA LOWE**
5138A N. 107th Street
Milwaukee, WI 53225,

        Plaintiff,

and

**WISCONSIN DEPT. OF HEALTH SERVICES,**
c/o Sect. Linda Seemeyer
1 West Wilson Street
Madison Wisconsin 53703

        Involuntary Plaintiff,             Case No. 17-CV-4700
                                    Case Code: Other-Personal Injury

      and

**WAL-MART STORES, INC.,**
c/o CT Corporation System, Registered Agent
301 S. Bedford St. Suite 1
Madison, WI 53703

and

ABC INSURANCE COMPANY,
a fictitious name for an unknown insurance company,

        Defendants.



FILED

JUL 1 4 2017

JOHN BARRETT
Clerk of Circuit Court

---

## NOTICE OF REMOVAL

---

      **NOTICE** is hereby given that a Notice of Removal has been filed to remove the above-captioned litigation from State Court for Milwaukee County to the United States District Court, Eastern District of Wisconsin.

      By filing this Notice, Defendant does not waive any otherwise valid defenses in this case for any reason if remanded to this Court.

      A copy of the Notice of Removal filed in the United States District Court is attached.

**COUNSEL FOR DEFENDANT**
**WAL-MART STORES, INC.**

WHEREFORE, Defendant gives notice that the above-captioned action now pending against them in the State Court for Milwaukee County is removed therefrom to the United States District Court, Eastern District of Wisconsin.

Dated at Milwaukee, Wisconsin this 14<u>th</u> day of July, 2017.

Respectfully submitted,
MWH LAW GROUP LLP

By: _____
Nelson W. Phillips III, Esq.
State Bar No. 1028189
735 N. Water Street, Suite 610
Milwaukee, WI 53202
(414) 436-0353 Phone
(414) 436-0354 Facsimile
*nelson.phillips@mwhlawgroup.com*
*warren.buliox@mwhlawgroup.com*

**COUNSEL FOR DEFENDANT**
**WAL-MART STORES, INC.**

## PROOF OF SERVICE

I hereby certify that on July 14, 2017, I filed the foregoing with the Clerk of the Court and mailed via United States Mail notification of such filing to the following:

Kevin R. Martin, Bar No. 01045748
MARTIN LAW OFFICE, S.C.
7280 S. 13th Street, Suite 102
Oak Creek, WI 53154
Telephone: (414) 856-2310
*Attorney for Plaintiff*



COUNSEL FOR DEFENDANT
WAL-MART STORES, INC.