

July 23, 2018

The Honorable William E. Duffin
United States Courthouse Room 250
517 East Wisconsin Avenue
Milwaukee, WI 53202

RE: Eastern District of Wisconsin Case No. 2:17-cv-00976
*Leisa Lowe et. al. v. Wal-Mart Stores, Inc. et. al.*

Dear Judge Duffin,

I am writing to confirm that the Parties in the above-captioned matter have agreed to a confidential resolution. Please remove all remaining hearing dates, including the court trial, from the Court's calendar. A Stipulation and Order for Dismissal will be forthcoming in approximately 45 days.

Respectfully,

Nelson W. Phillips III

cc: Attorney General Brad Schimel
Attorney Kevin Martin

735 North Water Street, Suite 610 | Milwaukee, WI | 53202
Tel: (414) 436-0353 | Fax: (414) 436-0354
www.mwhlawgroup.com

Chicago, IL
Indianapolis, IN
West Des Moines, IA